OCT 20 2026 PM3:18
FILED - USDC - FLMD - OCA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:26-cr- 126-TPB-PRL
18 U.S.C. § 1015(f)
18 U.S.C. § 611

MARTHA HAYDEE DESANTIS

**INDICTMENT**

SEALED

The Grand Jury charges:

**COUNT ONE**
**(False Statement Claiming Citizenship to Vote)**

On or about July 3, 2024, in the Middle District of Florida, the defendant,

**MARTHA HAYDEE DESANTIS,**

an alien of the United States, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election.

In violation of 18 U.S.C. § 1015(f).

**COUNT TWO**
**(Voting by Aliens)**

On or about November 8, 2022, in the Middle District of Florida, the defendant,

**MARTHA HAYDEE DESANTIS,**

an alien of the United States, did unlawfully vote in an election held in part for the purpose of electing a Member of the Senate and a Member of the House of Representatives.

In violation of 18 U.S.C. § 611(a).

**COUNT THREE**
**(Voting by Aliens)**

On or about November 5, 2024, in the Middle District of Florida, the defendant,

**MARTHA HAYDEE DESANTIS,**

an alien of the United States, did unlawfully vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611(a).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
Jerry M. Harre
Special Assistant United States Attorney

By: ______________________
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
October 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

MARTHA HAYDEE DESANTIS

INDICTMENT

Violations: 18 U.S.C. § 1015(f)
18 U.S.C. § 611

A true bill,

[redacted]

Foreperson

Filed in open court this 20th day

of October 2026.

Clerk

Bail $____________________