UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:26-cr-126-TPB-PRL

MARTHA HAYDEE DESANTIS

**UNITED STATES' MOTION TO WITHDRAW WARRANT AND ISSUE SUMMONS**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby files this motion to withdraw the arrest warrant in this case and alternatively issue a summons for the defendant to appear in court. In support of this motion, the United States offers the following:

1. On October 20, 2026, a federal grand jury indicted the defendant on a single count of false statement claiming citizenship to vote and two counts of illegal voting by an alien.

2. On that same date, a warrant issued for the arrest of the defendant relating to that indictment.

3. Upon further investigation, the United States has determined that, due to certain health and mobility issues of the defendant, the execution of the arrest warrant will prove difficult and pose unnecessary risks to the defendant's health. Consequently, a summons to appear in court for an arraignment on the indictment would be a more appropriate alternative.

4. The United States has obtained from the Clerk's Office a summons date

to arraign the defendant of October 30, 2026, at 11:00 a.m.

Wherefore, the United States respectfully requests that this Honorable Court **GRANT** the instant motion to withdraw the arrest warrant in this case and, in its stead, issue a summons for the defendant to appear before this Court on the specified date and time, namely, October 30, 2026, at 11:00 a.m.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: ______________________________

JERRY M. HARRE
Special Assistant U.S. Attorney
USAO No. 234
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail: jerry.harre@usdoj.gov